

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

September 22, 2020

RE: 20-cv-04094-JCS  Operating Engineers Health And Welfare Trust Fund v. Max's Backhoe Services, Inc.

Default is entered as to Max's Backhoe Services, Inc., Max A. Gonzales, and Dominique Gonzales on September 22, 2020.

Susan Y. Soong, Clerk

by:  Emma Younger
Case Systems Administrator
415-522-2006

Rev. 7-19