Matthew P. Minser, Esq. (SBN 296344)
Sunny S. Shapiro, Esq. (SBN 221111)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: sshapiro@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers' Health
And Welfare Trust Fund for Northern California, et al.

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al. | Case No. 3:20-cv-04094-JCS **NOTICE OF VOLUNTARY DISMISSAL** |
| Plaintiffs, | |
| v. | |
| MAX'S BACKHOE SERVICES, INC., a dissolved California Corporation, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs Operating Engineers' Health And Welfare Trust Fund For Northern California, et al. voluntarily dismiss, without prejudice, their claim against Defendants Max's Backhoe Services, Inc., Max Gonzales, and Dominique Gonzales. Defendants have neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendants.

Respectfully submitted,

DATED: January 5, 2020                    SALTZMAN & JOHNSON LAW CORPORATION

                                                   By: _____/S/_____
                                                        Matthew P. Minser
                                                        Attorneys for Operating Engineers' Health and
                                                        Welfare Trust Fund, et al.

1

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

1.      I am a citizen of the United States and am employed in the County of Alameda, State of California. My business address is 1141 Harbor Bay Parkway, Suite 100, Alameda, California 94502.

2.      I am over the age of eighteen and not a party to this action.

3.      On **January 5, 2021,** I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by enclosing a true and exact copy of each document in an envelope and depositing the sealed envelope with the United States Postal Service in a sealed envelope with first class postage fully prepaid.

4.      The envelope(s) were addressed and mailed as follows:

> Max's Backhoe Services, Inc.
> Max A. Gonzales
> Dominique Gonzales
> 1938 Blake Lane
> Valley Springs, CA 95252

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **January 5, 2021**, at Vallejo, California.

/S/

Alicia Wood
Paralegal

**PROOF OF SERVICE**
**Case No. 20-cv-04094 JCS**

P:\CLIENTS\OE3CL\Max's Backhoe Services\Pleadings\Word Versions + Fillable PDFs\Notice of Voluntary Dismissal.docx